**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

<u>Davis v. World Championship Wrestling, Inc. and Turner
    Sports, Inc.</u>, Civ. File No. 1-00-CV-1716-CC;
<u>Saengsiphan v. World Championship Wrestling, Inc. and
    Turner Sports, Inc.</u>, Civ. File No. 1-00-CV-1719-CC;
<u>Speight v. World Championship Wrestling, Inc. and Turner
    Sports, Inc.</u>, Civ. File No. 1-00-CV-1718-CC;
<u>Worthen v. World Championship Wrestling, Inc. and Turner
    Sports, Inc.</u>, Civ. File No. 1-00-CV-1717-CC;
<u>Reeves v. World Championship Wrestling, Inc. and Turner
    Sports, Inc.</u>, Civ. File No. 1-00-CV-1720-CC;
<u>Easterling v. World Championship Wrestling, Inc. and Turner
    Sports, Inc.</u>, Civ. File No. 1-00-CV-1715-CC
<u>Onoo v. World Championship Wrestling, Inc., and Turner
    Sports, Inc.</u>, Civ. File No. 1:00-CV-0368-CC
<u>Norris v. World Championship Wrestling, Inc. and Turner
    Sports, Inc.</u>, Civ. File No. 1:00-CV-0369-CC
<u>Walker v. World Championship Wrestling, Inc., and Turner
    Sports, Inc.</u>, Civ. File No. 1:00-CV-0367-CC
<u>Patterson v. World Championship Wrestling, Inc., Turner
    Sports, Inc. and Turner Entertainment Group, Inc.</u>,
    Civ. File No. 1:01-CV-1152-CC

**PLAINTIFFS' NOTICE OF FILING ORIGINAL DEPOSITIONS**

Plaintiffs named above hereby serve notice that they are filing herewith in the above-captioned cases, consolidated for discovery, the original transcripts of the following depositions:

1.   Deposition of Michelle Bayens-Snakovsky;

2.   Deposition of Eric A. Bischoff;

3.   Deposition of Edward Joseph Ferrara;

4.   Deposition of Timothy Wayne Goodly;

105


5. Deposition of Joseph N. Hamilton;

6. Deposition of Jimmy R. Hart;

7. Deposition of Monica Jennings;

8. Deposition of Gary M. Juster;

9. Deposition of Woody W. Kearce, Jr.;

10. Deposition of Martin Lunde;

11. Deposition of James A. Morrison;

12. Deposition of Diana L. Myers;

13. Deposition of Paul Orndorff;

14. Deposition of Vince J. Russo;

15. Deposition of Anthony Schiavone;

16. Deposition of Brenda F. Smith;

17. Deposition of Kevin Sullivan;

18. Deposition of Paul W. Taylor, Jr.;

19. Deposition of Loretta Y. Walker; and

20. Deposition of Annette Yother

This 14th day of January, 2003.

**SIGNATURES APPEAR ON FOLLOWING PAGE**

Respectfully Submitted,

*[signature]*

Cary Ichter
Georgia Bar No. 382515
Michelle M. Rothenberg-Williams
Georgia Bar No. 615680
Charles J. Gernazian
Georgia Bar No. 291703

**MEADOWS, ICHTER & BOWERS, P.C.**
Eight Piedmont Center,
Suite 300
3525 Piedmont Road, N.E.
Atlanta, GA  30305
(404) 261-6020

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

This is to certify that I have on this date served Defendants with the foregoing **NOTICE OF FILING ORIGINAL DEPOSITIONS** by placing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon addressed to:

>James Lamberth, Esq.
>Eric Richardson, Esq.
>Evan Pontz, Esq.
>**Troutman Sanders LLP**
>Suite 5200, Bank of America Plaza
>600 Peachtree Street, N.E.
>Atlanta, GA   30308

This 14th day of January, 2003.

_____
Michelle M. Rothenberg-Williams