IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

JAN 2 1 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

**DAVIS**

    Plaintiff/Petitioner,

v.

**WCW, et al**

    Defendant/Respondent.

CIVIL ACTION FILE

NO. **1:00-CV-1716-CC**

**MINUTES**

The proceeding(s) indicated below was/were held in the above action on

**January 21, 2003**.

The following were present:

**Janet F. King**
Magistrate Judge

**Lavonia Wade-Childs**
Deputy Clerk

**JFK #03-02 at 1763**
Court Reporter/TEAC #

_____ Plaintiff/Petitioner

**Cary Ichter**
Counsel for Plaintiff/Petitioner

**Evan Pontz and Eric Richardson**
Counsel for Defendant/Respondent

_____ Matter continued to _____ at _____ at the request of the (__) Plaintiff/Petitioner (__) Defendant/Respondent (__) Court Order.

_____ Evidentiary hearing held. Transcript due _____.

**X** Oral argument/motion heard.

_____ Oral argument waived–submitted on pleading/briefs.

_____ Plaintiff/Petitioner supplemental brief due _____.

_____ Defendant/Respondent supplemental brief due _____.

_____ All pleadings/briefs have been filed.

_____ Other: **Hearing held on plaintiffs' motion to remove confidentiality designation.   Court orally granted in part and denied in part plaintiffs' motion.**

_____ Clerk submit to Magistrate Judge King (__) upon filing of all supplemental pleadings/briefs (__) See reverse for additional matters.

108