FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta   Page 1
APR 29 2003
LUTHER D. THOMAS, Clerk
By_____ Deputy Clerk

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
 3   Davis v. World Championship Wrestling, Inc. and Turner
         Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
 4   Saengsiphan v. World Championship Wrestling, Inc. and
         Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
 5   Speight v. World Championship Wrestling, Inc. and
     Turner
 6       Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
     Worthen v. World Championship Wrestling, Inc. and
 7   Turner
         Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
 8   Reeves v. World Championship Wrestling, Inc. and Turner
         Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
 9   Easterling v. World Championship Wrestling, Inc. and
     Turner Sports, Inc., Civ. File No. 1-00-CV-1715-CC;
10   Onoo v. World Championship Wrestling, Inc., and Turner
         Sports, Inc., Civ. File No. 1:00-CV-0368-CC;
11   Norris v. World Championship Wrestling, Inc., and
     Turner
12       Sports, Inc., Civ. File No. 1:00-CV-0369-CC;
     Walker v. World Championship Wrestling, Inc., and
13   Turner
         Sports, Inc., Civ. File No. 1:00-CV-0367-CC;
14   Patterson v. World Championship Wrestling, Inc., Turner
         Sports, Inc. and Turner Entertainment Group, Inc.,
15       Civ. File No. 1:01-CV-1152-CC
16   _____
17            DEPOSITION OF DEWAYNE E. BRUCE
                      _____, 2002
18
                                                    129
19
20                                          ORIGINAL
21
22
23
24
25            CERTIFIED COURT REPORTERS
```